# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SHANNON BOYLE,
ADC #116113                                                                    PLAINTIFF

V.                              5:11CV00014 JMM/JTR

DEANGELO EARL, Captain; and
MERLIN FITZPATRICK, Lieutenant,
Cummins Unit, Arkansas Department of Correction           DEFENDANTS

## ORDER

Plaintiff, Shannon Boyle, is a prisoner in the Cummins Unit of the Arkansas Department of Correction. In this *pro se* § 1983 action, he alleges that Defendants DeAngelo Earl and Merlin Fitzpatrick used excessive force when they attempted to strip search him on July 28, 2010. *See* docket entries #2, #7, #66, and #68.

This is a nonconsent case in which both Plaintiff has requested a jury trial. *See* docket entry #16. Additionally, all dispositive motions have been resolved. *See* docket entries #66 and #68. Accordingly, the Court will notify the Honorable James M. Moody, United States District Judge, that this case is ready to be set on his docket for a jury trial.

Given Plaintiff's inability to prosecute his claims before a jury, without the assistance of counsel, the Court concludes that appointment of counsel is warranted.

*See Johnson v. Williams*, 788 F.2d 1319, 1322 (8th Cir. 1986) (explaining that a court may, in its discretion, appoint counsel for a *pro se* prisoner if it is convinced that he has stated a non-frivolous claim and that "the nature of the litigation is such that plaintiff as well as the court will benefit from the assistance of counsel").

Accordingly, the Court will appoint Mr. Richard E. Worsham, who has been randomly selected from a list of attorneys licensed to practice before this Court. **Additionally, the Court will no longer accept for filing any *pro se* pleadings submitted by Plaintiff – instead, all future pleadings must be filed and signed by Plaintiff's appointed counsel**. *See* Local Rule 5.5(c)(2) (providing that: "Every pleading filed in behalf of a party represented by counsel shall be signed by at least one attorney of record").

IT IS THEREFORE ORDERED THAT:

1. Mr. Richard E. Worsham of the Worsham Law Firm, 320 Executive Court, Suite 306 Little Rock, AR 72205 is APPOINTED to represent Plaintiff in this § 1983 action.

2. The Clerk is directed to send Mr. Worsham a copy of this Order and Local Rules 83.6 and 83.7. If Mr. Worsham is unable to obtain the remainder of the file from CM/ECF, he should contact Judge Ray's Chambers at 501-604-5230 and a copy of the file, or any portion thereof, will be provided to him free of charge.

3.   The Clerk is directed to refrain from docketing any future *pro se* pleadings submitted by Plaintiff.

Dated this 16th day of March, 2012.

                                                                                         _____
                                                      UNITED STATES MAGISTRATE JUDGE